IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES RAY ROBINSON | § | |
| v. | § | CIVIL ACTION NO. 6:10cv488 |
| SGT. T. BOWLAND, ET AL. | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION</u>
<u>OF THE UNITED STATES MAGISTRATE JUDGE</u>
<u>AND ENTERING FINAL JUDGMENT</u>

The Plaintiff Charles Robinson, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Robinson has filed a motion asking that his lawsuit be dismissed. The Magistrate Judge has entered a Report recommending that this motion be granted. Robinson wrote a letter in response to the Report (docket no. 9), but this response merely addressed the fact that Robinson also sought to dismiss another case that he filed; he offered no objections to the dismissal of the present case.

The Court has carefully reviewed the pleadings in this cause, including the Report of the Magistrate Judge and the Plaintiff's response thereto. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Plaintiff's motion to dismiss his lawsuit (docket no. 6) is hereby GRANTED. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice on the motion of the Plaintiff. Finally, it is

ORDERED that any and all other motions which may be pending in this cause are hereby DENIED.

**SIGNED this 17th day of November, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE